

# NUMBER 13-14-00688-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE RAMIRO R. GARZA JR.

### On Petition for Writ of Habeas Corpus.

## ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria**
**Order Per Curiam**

Relator, Ramiro R. Garza Jr., proceeding pro se, filed a petition for writ of habeas corpus in the above cause on December 2, 2014 requesting relief from confinement. The Court requests that the real party in interest, Jessica Marie Arredondo, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of habeas corpus on or before the expiration of seven days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of December, 2014.